IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 8, 2008

Charles R. Fulbruge III
Clerk

No. 08-20107
Summary Calendar

PATRICIA SMITH

Plaintiff - Appellant

v.

JOHN E POTTER, United States Postal Service; NATIONAL ASSOCIATION
OF LETTER CARRIERS LOCAL BRANCH 283

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-CV-3278

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Patricia Smith brought an action in the district court, alleging that she
was discriminated against because of her race, sex, and/or age; that her
suspension and termination were inspired by a retaliatory motive; and that her
constitutional rights were violated. On January 15, 2008, the district court
granted summary judgment in favor of the United States Postal Service and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

entered a Memorandum and Order. For the reasons stated in the district court's well-reasoned opinion, summary judgment was proper. AFFIRMED.